# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY JAMES BENNETT,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 69760



**FILED**

MAR 17 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of prohibition. Petitioner challenges his criminal conviction. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.320; NRS 34.330. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:   Gregory James Bennett
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk